Andres Ortiz, Esq. (SBN 279239)
Andres Ortiz Law
320 Pine Ave., Suite #608
Long Beach, CA 90802
Telephone: 657-243-3768
Andres.ortiz@andresortizlaw.com

Attorney for the Defendant

Claudia Garcia

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>CLAUDIA GARCIA,<br><br>                    Defendant. | Civil No. 2:19-cv-09356<br><br>Criminal No.  CR13-484-CAS<br><br>**PETITION FOR WRIT OF ERROR CORAM NOBIS** |

**PETITION FOR WRIT OR ERROR CORAM NOBIS**

Ms. Claudia Garcia brings this petition for writ or error coram nobis pursuant to 28 USC § 1651(a) in order to have her guilty plea, in violation of USC § 846 and 21 USC § 841 (b)(1)(C), vacated.  Her allegations in this petition demonstrate her guilty plea should be vacated because:

- Ms. Garcia only pled guilty and accepted the sentence after her attorney failed to inform her that the guilty plea would result in virtually certain deportation.  Further, she was led to believe that there was a mere possibility of deportation, but no assurance that she would be deported if she pled guilty. On the contrary, her attorney did inform her that she would certainly be deported if she did not plead guilty. Clearly, this advice was in error because 21 USC § 841(b)(1)(C) is an aggravated felony that renders the noncitizen mandatorily deportable without the

possibility of requesting discretionary relief from an immigration judge. Had the defendant been properly advised of the mandatory consequence of her conviction, she would have rejected the plea and gone to trial *or* requested her attorney attempt to negotiate a disposition that would not have the same immigration impact.

Consequently, her claim warrants granting relief. Because the documented evidence in this case is clear, this court should be able to grant relief without an evidentiary hearing. In the alterative, taking these allegations as true, as this court must do at this stage of the litigation, Ms. Garcia must be allowed to prove her allegations at an evidentiary hearing.

WHEREFORE, Petitioner prays that the grant Petitioner/Defendant relief to which she may be entitled to in this proceeding. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                                      Respectfully Submitted,

Dated: 10/31/19                By    /s/ Andres Ortiz_____
                                        Andres Ortiz, Esq.
                                          Andres Ortiz Law
                                          Attorney for Claudia Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLAUDIA GARCIA,<br><br>　　　　　Defendant. | Civil No. 2:19-cv-09356<br><br>Criminal No. CR13-484-CAS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, Andres Ortiz, am a citizen of the United States and am at least eighteen years of age. I certify that the foregoing pleading has been electronically served this day upon counsel for the Government.

October 31, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By

　　　　　　　　　　　　　　　　　　　　*/s/ Andres Ortiz*
　　　　　　　　　　　　　　　　　　　Andres Ortiz, Esq.
　　　　　　　　　　　　　　　　　　　Attorney for Claudia Garcia