J. MARK CHILDS (Cal. Bar No. 162682)
1400 United States Courthouse
Los Angeles, CA 90012
Tel.: (213) 894-2433
E-mail: mark.childs@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br><br>CLAUDIA GARCIA,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 19-9356-CAS<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

GOVERNMENT'S DOCUMENT UNDER SEAL, EX PARTE APPLICATION FOR SEALING DOCUMENT AND PROPOSED ORDER SEALING DOCUMENT

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

June 17, 2020
Date

J. MARK CHILDS
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                    **NOTICE OF MANUAL FILING OR LODGING**